# Notice Recipients

District/Off: 0207−1                User: admin                    Date Created: 12/12/2016
Case: 1−16−43860−cec              Form ID: 318DF7              Total: 52

**Recipients of Notice of Electronic Filing:**
tr          Lori Lapin Jones        ljones@jonespllc.com
aty        Kevin B Zazzera         kzazz007@yahoo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Teresa L Mancuso          451 Stafford Ave          Staten Island, NY 10312−2754
smg        NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg        NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201−3719
smg        NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg        Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office
            Building          201 Varick Street, Suite 1006          New York, NY 10014
8862701    Alex Hecht, DDC          515 Huguenot Ave          Staten Island, NY 10312−2658
8862702    American Express          PO Box 1270          Newark, NJ 07101−1270
8862703    Amex          Correspondence          PO Box 981540          El Paso, TX 79998−1540
8862704    Amex          PO Box 297871          Fort Lauderdale, FL 33329−7871
8862705    Amex Dsnb          PO Box 8218          Mason, OH 45040−8218
8862706    Bank of America          NC4−105−03−14          PO Box 26012          Greensboro, NC 27420−6012
8862707    Bankamerica          PO Box 982238          El Paso, TX 79998−2238
8862709    Barclays Bank Delaware          PO Box 8801          Wilmington, DE 19899−8801
8862708    Barclays Bank Delaware          PO Box 8803          Wilmington, DE 19899−8803
8862710    Cach LLC          PO Box 5980          Denver, CO 80217−5980
8862711    Capital One          PO Box 30285          Salt Lake City, UT 84130−0285
8862712    Capital One Bank USA N          15000 Capital One Dr          Richmond, VA 23238−1119
8862713    Cavalry Portfolio Serv          PO Box 27288          Tempe, AZ 85285−7288
8862714    Cavalry Portfolio Services          PO Box 27288          Tempe, AZ 85285−7288
8862715    Chase Card          PO Box 15298          Wilmington, DE 19850−5298
8862716    Chase Card Services          Attn: Correspondence Dept          PO Box 15298          Wilmington, DE
            19850−5298
8862717    Citi          PO Box 6241          Sioux Falls, SD 57117−6241
8862718    Citibank Sears          Citicorp Credit Srvs/Centralized Bankrup          PO Box 790040          Saint Louis, MO
            63179−0040
8862719    Citibank/Best Buy          Centralized Bankruptcy/CitiCorp Credit S          PO Box 790040          Saint Louis, MO
            63179−0040
8862720    Citibank/the Home Depot          Citicorp Cr Srvs/Centralized Bankruptcy          PO Box 790040S          Louis, MO
            63129
8862721    Discover Fin Svcs LLC          PO Box 15316          Wilmington, DE 19850−5316
8862722    Discover Financial          PO Box 3025          New Albany, OH 43054−3025
8862723    Dsnb Macys          9111 Duke Blvd          Mason, OH 45040−8999
8862725    GECRB/Amazon          PO Box 960013          Orlando, FL 32896−0013
8862724    Gap silver Card          PO Box 965003          Orlando, FL 32896−5003
8862726    Halstead Financial Services          PO Box 828          Skokie, IL 60076−0828
8862727    Home Design−NHFA−GECRB          PO Box 965035          Orlando, FL 32896−5035
8862728    Kohls/Capital One          PO Box 3120          Milwaukee, WI 53201−3120
8862729    Kohls/capone          N56 W 17000 Ridgewood Dr          Menomonee Falls, WI 53051
8862730    Lowes          PO Box 960097          Orlando, FL 32896−0097
8862731    Midland Funding          2365 Northside Dr Ste 30          San Diego, CA 92108−2709
8862732    Portfolio Recovery Ass          120 Corporate Blvd Ste 1          Norfolk, VA 23502−4962
8862733    Rymr&flnign          7230 Morgan Rd          Liverpool, NY 13090−4535
8862734    Sears/Cbna          PO Box 6189          Sioux Falls, SD 57117−6189
8862735    Staten island University Hospital          PO Box 29772          New York, NY 10087−9772
8863904    Synchrony Bank          c/o Recovery Management Systems Corp.          25 S.E. 2nd Avenue, Suite 1120          Miami,
            FL 33131−1605
8862736    Target          C/O Financial & Retail Services Mailstop          PO Box 9475          Minneapolis, MN
            55440−9475
8862737    Td Bank USA/Targetcred          PO Box 673          Minneapolis, MN 55440−0673
8862738    Thd/Cbna          PO Box 6497          Sioux Falls, SD 57117−6497
8862739    Toyota Motor Credit Co          1000 Bridgeport Ave # 4T          Shelton, CT 06484−4660
8862740    Toyota Motor Credit Co          PO Box 8026          Cedar Rapids, IA 52408−8026
8862741    Toyota Mtr          Toyota Financial Services          PO Box 8026          Cedar Rapids, IA 52408−8026
8862742    Usaa Federal Savings Bank          10750 McDermott Fwy          San Antonio, TX 78288−0002
8862743    Usaa Savings Bank          10750 McDermott Fwy          San Antonio, TX 78288−0002
8862744    Visa Dept Store National Bank          Attn: Bankruptcy          PO Box 8053          Mason, OH 45040−8053

TOTAL: 50