```
                                  United States Bankruptcy Court
                                  Eastern District of New York

In re:                                                                    Case No. 16-43860-cec
Teresa L Mancuso                                                          Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0207-1           User: admin                 Page 1 of 2              Date Rcvd: Dec 12, 2016
                               Form ID: 318DF7             Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2016.
db             Teresa L Mancuso,    451 Stafford Ave,    Staten Island, NY 10312-2754
smg            NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                Brooklyn, NY 11201-3719
smg           +NYS Unemployment Insurance,    Attn: Insolvency Unit,     Bldg. #12, Room 256,
                Albany, NY 12240-0001
8862701        Alex Hecht, DDC,    515 Huguenot Ave,    Staten Island, NY 10312-2658
8862705        Amex Dsnb,   PO Box 8218,    Mason, OH 45040-8218
8862710        Cach LLC,   PO Box 5980,    Denver, CO 80217-5980
8862718        Citibank Sears,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                Saint Louis, MO 63179-0040
8862719        Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    PO Box 790040,
                Saint Louis, MO 63179-0040
8862720        Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
                Louis, MO 63129
8862727        Home Design-NHFA-GECRB,    PO Box 965035,    Orlando, FL 32896-5035
8862731        Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
8862733       +Rymr&flnign,    7230 Morgan Rd,    Liverpool, NY 13090-4505
8862735        Staten island University Hospital,     PO Box 29772,    New York, NY 10087-9772
8862744        Visa Dept Store National Bank,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Dec 12 2016 18:18:36
                NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                Albany, NY 12205-0300
smg           +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Dec 12 2016 18:18:11
                Office of the United States Trustee,     Eastern District of NY (Brooklyn Office),
                U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
8862702        EDI: AMEREXPR.COM Dec 12 2016 18:19:00      American Express,    PO Box 1270,
                Newark, NJ 07101-1270
8862703        EDI: AMEREXPR.COM Dec 12 2016 18:19:00       Amex,   Correspondence,    PO Box 981540,
                El Paso, TX 79998-1540
8862704        EDI: AMEREXPR.COM Dec 12 2016 18:19:00       Amex,   PO Box 297871,
                Fort Lauderdale, FL 33329-7871
8862707        EDI: BANKAMER.COM Dec 12 2016 18:19:00       Bankamerica,    PO Box 982238,
                El Paso, TX 79998-2238
8862706        EDI: BANKAMER.COM Dec 12 2016 18:19:00      Bank of America,    NC4-105-03-14,    PO Box 26012,
                Greensboro, NC 27420-6012
8862709        EDI: TSYS2.COM Dec 12 2016 18:18:00      Barclays Bank Delaware,    PO Box 8801,
                Wilmington, DE 19899-8801
8862708        EDI: TSYS2.COM Dec 12 2016 18:18:00      Barclays Bank Delaware,    PO Box 8803,
                Wilmington, DE 19899-8803
8862712        EDI: CAPITALONE.COM Dec 12 2016 18:19:00       Capital One Bank USA N,    15000 Capital One Dr,
                Richmond, VA 23238-1119
8862714        E-mail/Text: bankruptcy@cavps.com Dec 12 2016 18:18:17       Cavalry Portfolio Services,
                PO Box 27288,    Tempe, AZ 85285-7288
8862711        EDI: CAPITALONE.COM Dec 12 2016 18:19:00       Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
8862713        E-mail/Text: bankruptcy@cavps.com Dec 12 2016 18:18:17       Cavalry Portfolio Serv,
                PO Box 27288,    Tempe, AZ 85285-7288
8862715        EDI: CHASE.COM Dec 12 2016 18:19:00      Chase Card,    PO Box 15298,
                Wilmington, DE 19850-5298
8862716        EDI: CHASE.COM Dec 12 2016 18:19:00      Chase Card Services,    Attn: Correspondence Dept,
                PO Box 15298,    Wilmington, DE 19850-5298
8862717        EDI: CITICORP.COM Dec 12 2016 18:19:00       Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
8862721        EDI: DISCOVER.COM Dec 12 2016 18:19:00       Discover Fin Svcs LLC,    PO Box 15316,
                Wilmington, DE 19850-5316
8862722        EDI: DISCOVER.COM Dec 12 2016 18:19:00       Discover Financial,    PO Box 3025,
                New Albany, OH 43054-3025
8862723        EDI: TSYS2.COM Dec 12 2016 18:19:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
8862725        EDI: RMSC.COM Dec 12 2016 18:19:00      GECRB/Amazon,    PO Box 960013,    Orlando, FL 32896-0013
8862724        EDI: RMSC.COM Dec 12 2016 18:19:00      Gap silver Card,    PO Box 965003,
                Orlando, FL 32896-5003
8862726        E-mail/Text: bankruptcies@halstedfinancial.com Dec 12 2016 18:18:25
                Halstead Financial Services,    PO Box 828,    Skokie, IL 60076-0828
8862728        EDI: CBSKOHLS.COM Dec 12 2016 18:19:00       Kohls/Capital One,    PO Box 3120,
                Milwaukee, WI 53201-3120
8862729       +EDI: CBSKOHLS.COM Dec 12 2016 18:19:00       Kohls/capone,    N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-7096
8862730        EDI: RMSC.COM Dec 12 2016 18:19:00      Lowes,    PO Box 960097,    Orlando, FL 32896-0097
8862732       +EDI: PRA.COM Dec 12 2016 18:18:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4952
8862734        EDI: SEARS.COM Dec 12 2016 18:19:00      Sears/Cbna,    PO Box 6189,
                Sioux Falls, SD 57117-6189
```

```
District/off: 0207-1           User: admin                  Page 2 of 2                   Date Rcvd: Dec 12, 2016
                               Form ID: 318DF7              Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
8863904        EDI: RMSC.COM Dec 12 2016 18:19:00      Synchrony Bank,   c/o Recovery Management Systems Corp.,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
8862740        EDI: TFSR.COM Dec 12 2016 18:18:00      Toyota Motor Credit Co,   PO Box 8026,
               Cedar Rapids, IA  52408-8026
8862741        EDI: TFSR.COM Dec 12 2016 18:18:00      Toyota Mtr,   Toyota Financial Services,   PO Box 8026,
               Cedar Rapids, IA  52408-8026
8862736        EDI: WTRRNBANK.COM Dec 12 2016 18:19:00      Target,   C/O Financial & Retail Services Mailstop,
               PO Box 9475,   Minneapolis, MN  55440-9475
8862737        EDI: WTRRNBANK.COM Dec 12 2016 18:19:00      Td Bank USA/Targetcred,   PO Box 673,
               Minneapolis, MN  55440-0673
8862738        EDI: CITICORP.COM Dec 12 2016 18:19:00      Thd/Cbna,   PO Box 6497,
               Sioux Falls, SD  57117-6497
8862739        EDI: TFSR.COM Dec 12 2016 18:18:00      Toyota Motor Credit Co,   1000 Bridgeport Ave # 4T,
               Shelton, CT  06484-4660
8862742        EDI: USAA.COM Dec 12 2016 18:18:00      Usaa Federal Savings Bank,   10750 McDermott Fwy,
               San Antonio, TX  78288-0002
8862743        EDI: USAA.COM Dec 12 2016 18:18:00      Usaa Savings Bank,   10750 McDermott Fwy,
               San Antonio, TX  78288-0002
                                                                                                TOTAL: 36

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2016 at the address(es) listed below:
              Kevin B Zazzera    on behalf of Debtor Teresa L Mancuso kzazz007@yahoo.com
              Lori Lapin Jones    ljones@jonespllc.com,    lljones@ecf.epiqsystems.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                                TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Teresa L Mancuso** | Social Security number or ITIN **xxx–xx–5069** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800 | | |
| Case number: | **1–16–43860–cec** | Chapter:   **7** |

# Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

    Teresa L Mancuso

**IT IS FURTHER ORDERED**:

- Lori Lapin Jones (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above–named debtor(s) is closed.

**BY THE COURT**

Dated: December 12, 2016

s/ Carla E. Craig
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 7 CASE**

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**